**Order entered October 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00438-CR

### DONALD RAMEL JAMES WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1722670-V

## ORDER

Before the Court is appellant's October 7, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 8, 2019. If appellant's brief is not filed by November 8, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE